TDCJ Offender Details          θ2β20 01          Page 1 of 2

TDCJ Home           New Offender Search

**TEXAS DEPARTMENT OF CRIMINAL JUSTICE**

# Offender Information Details

Return to Search list

| | |
|---|---|
| **SID Number:** | 05550085 |
| **TDCJ Number:** | 01568643 |
| **Name:** | BROWN,BILLY J JR |
| **Race:** | B |
| **Gender:** | M |
| **DOB:** | 1981-02-12 |
| **Maximum Sentence Date:** | LIFE SENTENCE |
| **Current Facility:** | POLUNSKY |
| **Projected Release Date:** | LIFE SENTENCE |
| **Parole Eligibility Date:** | 2038-06-05 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days.* **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.**

SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 1999-02-16 | AGG SEX ASLT CHILD U-14 | 2000-01-18 | DALLAS | F-9970419-PV | 5-00-00 |
| | | | | | |